ROBERT T. HASLAM (CA BAR NO. 71134)
rhaslam@cov.com
ANDREW C. BYRNES (CA BAR NO. 191516)
abyrnes@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr.
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

MICHAEL K. PLIMACK (CA BAR NO. 133869)
mplimack@cov.com
DALE A. RICE (CA BAR NO. 146249)
drice@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Katz Interactive Call Processing Patent Litigation,<br><br>This document relates to:<br><br>Ronald A. Katz Technology Licensing, L.P. v. Comcast Corporation,<br>CV 07-6996 RGK (FFMx) | Case No. 07-ML-01816-RGK (FFMx)<br><br>**PRELIMINARY REPORT OF PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING L.P. WITH REGARD TO THE XM DEFENDANTS**<br><br>Initial Conference: May 26, 2009<br>Time: 1:30 pm<br>Courtroom: 850<br><br>The Honorable R. Gary Klausner |

Covington &
Burling LLP

Plaintiff Ronald A. Katz Technology Licensing, L.P. ("Katz" or "Katz Technology Licensing"), through its counsel Covington & Burling LLP ("Covington"), submits this preliminary report regarding defendants XM Satellite Radio Holdings Inc., XM Satellite Radio Inc., XM Radio Inc., and XM Equipment Leasing LLC (collectively "XM Defendants").

**1.      Preliminary Statement of Facts and Critical Legal Issues.**

As this Court is aware, Katz owns a portfolio of interactive call processing patents that includes the patents-at-issue in this case. While many companies have licensed the Katz patent portfolio, Katz instituted this action because the XM Defendants have continued to delay paying for their use of the patented inventions, notwithstanding repeated efforts by Katz's licensing arm, A2D, L.P., to negotiate license agreements with them. After filing the underlying action in the District of Delaware, Katz filed a tag-along notice with the Judicial Panel on Multidistrict Litigation (the "Panel"). After considering a partial objection to transfer filed by other defendants in the underlying action, the Panel transferred the action to this MDL proceeding. There has been no activity with regard to the XM Defendants beyond the pleadings and an unopposed motion by the XM Defendants to amend their answer.

As in the "B and "C" cases, Katz's claims raise three fundamental issues to be resolved: (1) claim construction; (2) infringement by defendants' interactive call processing systems; and (3) appropriate relief and damages for such infringement. The XM Defendants have asserted affirmative defenses that are standard in patent litigation, including non-infringement and challenges to the validity and enforceability of the patents-in-suit.

In the "B" and "C" Tracks, this Court issued scheduling and case management orders and Magistrate Judge Mumm issued comprehensive Discovery Case Management Orders. Subject to adjustment of the scheduling dates, Katz believes that those rulings provide a useful framework for this action and would meet this

Court's goal of moving the MDL proceeding forward in a streamlined and efficient manner.

  **2.**  **Corporate Affiliations and Counsel.** The general partner of Katz is A2D, L.P.; First Data Resources, Inc. is a limited partner of Katz. The general partner of A2D, L.P. is A2D Corporation and the shareholders of A2D Corporation are Ronald A. Katz, Randall M. Katz and Todd M. Katz. Covington & Burling LLP represents Katz in this action with regard to the XM Defendants.

  **3.**  **Status of the Action.** Beyond pleadings and the XM Defendants' unopposed motion to amend their answer, there has been no activity in the case.

  **4.**  **Dockets.** The docket for this action from the District of Delaware is attached hereto as Exhibit A.

  **5.**  **Patents In Dispute**. Due to the very limited activity in the action, there has been no discovery relating to defendants' call processing systems and no identification of claims. RAKTL has asserted the following United States patents against the XM Defendants in this action.

| | | |
|---|---|---|
| **No. 4,930,150** | **No. 5,815,551** | **No. 6,335,965** |
| **No. 5,128,984** | **No. 5,828,734** | **No. 6,349,134** |
| **No. 5,251,252** | **No. 5,898,762** | **No. 6,424,703** |
| **No. 5,351,285** | **No. 5,917,893** | **No. 6,434,223** |
| **No. 5,561,707** | **No. 5,974,120** | **No. 6,678,360** |
| **No. 5,684,863** | **No. 6,148,065** | |

As indicated above, Katz has not yet obtained any discovery in the action and, Katz reserves the right to amend or supplement its identification of asserted patents and named defendants based on further investigation and discovery.

  **6.**  **Related Cases.** Katz is not aware of any related cases that are not part of MDL 1816 at this time. The related case of *Ronald A. Katz Technology Licensing, L.P. v. Avon Products, Inc.*, CV 07-3672-GAF (FFMx), assigned to Judge Gary A. Feess, has been resolved by settlements with each of the defendant groups and the action has been dismissed.

7. **Major Obstacles to Settlement.** More than 250 entities have taken licenses to the Katz patent portfolio and Katz has made every effort to negotiate a license with the XM Defendants. Katz believes that certain companies assume that they can delay, perhaps indefinitely, a decision on the merits of their infringement of the Katz patents. This assumption is the only major obstacle to settlement

Dated: May 22, 2009         COVINGTON & BURLING LLP

By: /s/ *Robert T. Haslam*
     Robert T. Haslam
Attorneys for Plaintiff Ronald A. Katz Technology Licensing, L.P. re XM Defendants