ROBERT T. HASLAM (CA Bar No. 71134)
rhaslam@cov.com
ANDREW C. BYRNES (CA Bar No. 191516)
abyrnes@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile:  (650) 632-4800

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

JONATHAN S. CAPLAN
MARK A. BAGHDASSARIAN
jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

Liaison Counsel for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Katz Interactive Call Processing Patent Litigation, | Case No. 07-ML-01816-RGK (FFMx) |
| This document relates to: | [PROPOSED] ORDER RE EXTENSION OF TIME TO SERVE RESPONSIVE EXPERT REPORTS AND TIME OF DEPOSITION |
| Ronald A. Katz Technology Licensing, LP v. Comcast Corp., et. al., CV 07-6996 RGK (FFMx) | The Honorable R. Gary Klausner |

1  WHEREAS Defendants XM Satellite Radio, Inc., XM Satellite Radio Holdings, Inc., XM Radio, Inc., XM Equipment Leasing, LLC, Sirius XM Radio, Inc., Sirius Satellite Radio, Inc., GEICO Corporation, Geico Casualty Company, Geico General Insurance Company, and Government Employees Insurance Company ("Defendants") and Ronald A. Katz Technology Licensing, L.P. ("Katz") served opening expert reports on December 23, 2009.

WHEREAS Katz and Defendants have agreed to an extension of time from January 22, 2010 to January 27, 2010 for the parties to serve responsive expert reports, as the opening reports include or incorporate thousands of paragraphs of contentions.

WHEREAS, the Parties have agreed to make their experts on validity issues available for no fewer than two days of deposition, without prejudice to a Party's ability to request a third day of deposition. If necessary, certain expert depositions may take place after February 19, 2010.

IT IS HEREBY ORDERED that (1) the parties shall be permitted to serve responsive expert reports on or before January 27, 2010; (2) the parties' experts on validity issues shall be made available for no fewer than two days of deposition; and (3) expert depositions may take place after February 19, ~~if necessary~~ *but no later than March 5, 2010*.

Dated: FEB - 3 2010

Hon. R. Gary Klausner
United States District Judge

---

JOINT STIPULATION RE RESPONSIVE EXPERT
REPORTS AND TIME OF DEPOSITION

CASE NO 07-ML-01816-RGK (FFMx)