# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 07-ML-01816-RGK (FFMx) | Date | January 24, 2012 |
|---|---|---|---|
| Title | IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | | |

Relates to CV 07-6996 RGK (FFMx), Katz v. Comcast Corp., et al. (DE 341)

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Lead Attorneys Present for Plaintiffs: | Lead Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order DENYING Without Prejudice GEICO Defendants Motion to Strike Improper Supplementation of Dr. Kelly's Expert Report On Infringement**

On May 25, 2012, the GEICO defendants filed the current motion to strike the supplementation of Dr. Kelly's Report.  This Court has reviewed the motion to strike and determined that regardless of the outcome, there should be no further discovery. Accordingly, this Court finds that the motion should be handled by the trial court as a motion in limine.  Accordingly, this Court DENIES the GEICO defendants' motion without prejudice. When this case is remanded, GEICO may raise this issue with the trial court.

**IT IS SO ORDERED**.

:

Initials of Preparer